CO-386-online
10/03

# United States District Court
# For the District of Columbia

GUAM INDUSTRIAL SERVICES INC )
)
)
)
vs      Plaintiff )
)
DONALD H. RUMSFELD. ET. AL. )
)
)
Defendant )

CASE NUMBER  1:05CV01599

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Review

DATE STAMP: 08/10/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  GUAM INDUSTRIAL SERVICES INC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  GUAM INDUSTRIAL SERVICES INC  which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

009761
BAR IDENTIFICATION NO.

THOMAS EARL PATTON
Print Name

1747 PENNSYLVANIA AVE NW
Address

WASHINGTON DC      20006
City          State        Zip Code

202 454 2800
Phone Number