IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD H. RUMSFELD, ) <br> Secretary of Defense, et. al., ) <br> ) <br> Defendants ) <br> ) | 05-CV01599 |

**ORDER**

Upon the motion of Plaintiff for a Preliminary Injunction, upon the Declaration of Mathews Pothen, and attached exhibits, upon the opposition of the Defendants, after a hearing on the motion and good cause appearing therefor

IT IS ORDERED that, pursuant to Rule 65, Fed. R. Civ. P., the Defendants and each of them is enjoined preliminarily pending the adjudication of the merits of this action or until further order of the Court:

1. from having any non-emergency, non-voyage repairs, overhauls or maintenance to the SS Petersburg, or to any other vessel under the jurisdiction of the Secretary of the Navy, including vessels in the United States Ready Reserve Force and subject to 10 U.S.C. § 7310, performed in a foreign shipyard and

2. from soliciting bids from, or awarding contracts to, foreign shipyards for any non-voyage repair overhauls or maintenance of vessels under the jurisdiction of the United States Navy including vessels in the Ready Reserve Force, that are subject to 10 U.S.C. § 7310.

_____
UNITED STATES DISTRICT JUDGE

DATE:_____