UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

GUAM INDUSTRIAL SERVICES, INC.,

           Plaintiff,

      v.                                  05-CV-01599 RMU

DONALD H. RUMSFELD, et.al.

           Defendants

---

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 (b)., Fed. R. Civ. P., respectfully moves this Court for an order temporarily restraining the Defendants from having repairs and maintenance to the S.S. Petersburg in a foreign shipyard, pending the determination by this Court of Plaintiff's Motion for Preliminary Injunction.

In support of this motion, Plaintiff respectfully refers this Court to the previously filed Declaration of Mathews Pothen and Memorandum in Support of Motion for Prelminary Injunction, which are incorporated herein and made a part of this motion. In further support of this Motion Plaintiff states that it has just learned late on August 22 that the S.S. Petersburg is currently in the Singapore shipyard and that repairs have commenced, contrary to Plaintiff's prior understanding.

Respectfully submitted,

TIGHE PATTON ARMSTRONG TEASDALE PLLC

By _____
Thomas Earl Patton (DC 009761)

1747 Pennsylvania Ave. N.W. Suite 300
Washington, D.C. 20006
202 454 2840

CERTIFICATE OF SERVICE AND NOTICE

I certify that I delivered the foregoing motion by hand to Dan Van Horne, Assistant U.S. Attorney, and caused the same to be filed and served by Electronic Case Filing, and that I notified Mr. Van Horn of the filing of this motion.

_____