UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

GUAM INDUSTRIAL SERVICES, INC.

              Plaintiff,

v.                                                                          05-Civ 01599

DONALD H. RUMSFELD, et. al.,                        RMU

              Defendants,

---

ORDER

Upon Plaintiff's Motion for Temporary Restraining Order, upon the Declaration of Mathews Pothen and exhibits annexed thereto, and the Court having heard the matter in oral argument from Plaintiff and Defendants, and good cause appearing therefore:

IT IS ORDERED, that the Defendants and each of them is temporarily enjoined and restrained from having repairs and maintenance to the S.S. Petersburg performed in any foreign shipyard pending the Court's decision on this matter upon Plaintiff's Motion for Preliminary Injunction;

IT IS FURTHER ORDERED that the Motion for Preliminary Injunction shall be heard on the _____ day of _____, 2005;

IT IS FURTHER ORDERED THAT Plaintiff shall post a bond in the amount of $_____.

_____
United States District Judge

Date:_____