UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GUAM INDUSTRIAL SERVICES, INC.,

        Plaintiff,

    v.                                                      05-CV-01599
                                                            RMU
DONALD H. RUMSFELD, et.al.

        Defendants

**PLAINTIFF'S RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER**

    Pursuant to Rule 65 (b)., Fed. R. Civ. P., respectfully moves this Court for an order temporarily restraining the Defendants from having repairs and maintenance to the S.S. Petersburg in a foreign shipyard, pending the determination by this Court of Plaintiff's Motion for Preliminary Injunction. As the Court requested, this motion is herewith re-filed pursuant to the order of this date.

    In support of this motion, Plaintiff respectfully refers this Court to the previously filed Declaration of Mathews Pothen, the accompanying Memorandum in Support of Motion for Temporary Restraining Order, and all prior submissions.In. further support of this Motion Plaintiff states that it has just learned late on August 22 that the S.S. Petersburg is currently in the Singapore shipyard and that repairs have commenced,

contrary to Plaintiff's prior understanding, and that interim relief is therefore now necessary. .

                                              Respectfully submitted,

                                              TIGHE PATTON ARMSTRONG TEASDALE PLLC

By _____
Thomas Earl Patton (DC 009761)

1747 Pennsylvania Ave. N.W. Suite 300
Washington, D.C. 20006
202 454 2840

### CERTIFICATE OF SERVICE AND NOTICE

I certify that I delivered the foregoing motion by hand to Dan Van Horne, Assistant U.S. Attorney, and caused the same to be filed and served by Electronic Case Filing, and that I notified Mr. Van Horn of the filing of this motion.

_____