IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
GUAM INDUSTRIAL SERVICES, INC.,       )
d/b/a Guam Shipyard,                  )
                                      )
        Plaintiff,                    )
                                      )
            v.                        )   Civil Action No. 05-1599 (RMU)
                                      )
DONALD H. RUMSFELD, Secretary of      )
Defense, et al.,                      )
                                      )
        Defendants.                   )
_____ )

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Defendants, by their undersigned attorneys and pursuant to Fed. R. Civ. P. 6(b) hereby respectfully request that the Court enlarge the time for defendants to file and serve their opposition to plaintiff's motion for a temporary restraining order by 36 minutes, i.e., from 11:59 p.m. on August 23, 2005, to and including 12:35 a.m. on August 24, 2005. The grounds for this motion are as follows:

    1.  The Court's minute order entered on August 23 specified that defendants were to file their opposition by 11:59 p.m. on that day.

    2.  Defendants counsel completed the opposition brief at 11:50 p.m. on August 23, and attempted to file and serve it through the Court's ECF filing system; however,

counsel encountered technical problems submitting one of the exhibits to the opposition and, as a consequence, was unable to effect filing and service by 11:59 p.m. In particular, the ECF system would not accept that exhibit, apparently due to a formatting problem or the presence of a security code. After several unsuccessful attempts to submit the exhibit electronically, defendants' counsel re-scanned the exhibit and was then able to effect filing and service through the ECF system at 12:35 a.m. on August 24, 36 minutes after the deadline established by the Court.

3. Counsel regrets having to seek this enlargement and assures the Court that he did everything in his power to meet the 11:59 p.m. deadline. The 36 minute delay should not prejudice plaintiff or result in any undue delay in the Court's resolution of plaintiff's motion for a temporary restraining order.

4. Defendants' counsel attempted to consult with plaintiff's counsel about this motion but was unable to reach him.

Therefore, based on the foregoing, defendants submit that good cause exists to grant this motion and to extend the deadline for submission of their opposition to plaintiff's motion for a temporary restraining order to and including 12;35 a.m. on August 24, 2005. A proposed Order is attached.

                    Respectfully submitted,

                    _____
                    KENNETH L. WAINSTEIN
                    D.C. Bar No. 451058
                    United States Attorney

_____
R. CRAIG LAWRENCE
D.C. Bar No. 171538
Assistant United States Attorney


_____
DANIEL F. VAN HORN
D.C. Bar No. 924092
KATHLEEN M. KONOPKA
Assistant United States Attorneys

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____  )
                                        )
GUAM INDUSTRIAL SERVICES, INC.,         )
d/b/a Guam Shipyard,                    )
                                        )
    Plaintiff,                          )
                                        )
        v.                         )  Civil Action No. 05-1599 (RMU)
                                        )
DONALD H. RUMSFELD, Secretary of        )
Defense, et al.,                        )
                                        )
    Defendants.                         )
_____  )

**ORDER**

UPON CONSIDERATION of defendants' motion for a 36 minute enlargement of time to file their opposition to plaintiff's motion for a temporary restraining order and the entire record herein it is, on this _____ day of August, 2005,

ORDERED, that the motion should be, and hereby is, GRANTED, and that the deadline for defendants' opposition shall be extended to and including 12:35 a.m. on August 24, 2005.

                                                                                                 _____
                                                                                                 UNITED STATES DISTRICT JUDGE