UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| GUAM INDUSTRIAL SERVICES, INC., | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1599 (RMU) |
| | : | | |
| v. | : | Document No.: | 4 |
| | : | | |
| DONALD H. RUMSFELD, | : | | |
| Secretary of Defense *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

**DENYING THE PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

For the reasons to be stated in a Memorandum Opinion that shall issue contemporaneously herewith, it is this 24th day of August, 2005,

**ORDERED** that the plaintiff's motion for a temporary restraining order is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge
