UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GUAM INDUSTRIAL SERVICES, INC.

        Plaintiff,

  v.

DONALD H. RUMSFELD, et. al.,

        Defendants,

Civil Action 05-1599 (RMU)

## ORDER

Upon Plaintiff's Motion for Reconsideration and Correction, filed August 26 2005, and good cause appearing therefore,

IT IS ORDERED, that the motion is granted.

_____
United States District Judge

DATED:_____