# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
                                        )
GUAM INDUSTRIAL SERVICES, INC.,         )
d/b/a Guam Shipyard,                    )
                                        )
        Plaintiff,                      )
                                        )
                v.                      )    Civil Action No. 05-1599 (RMU)
                                        )
DONALD H. RUMSFELD, Secretary of        )
Defense, et al.,                        )
                                        )
        Defendants.                     )
_____ )

### CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendants, by their undersigned attorneys and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully move, with plaintiff's consent, that the Court extend the time for them to file and serve their opposition to plaintiff's motion for a preliminary injunction in the above-captioned civil action to and including September 7, 2005, and set September 14, 2005, as the due date for plaintiff's reply. The grounds for this motion are as follows:

1.      Plaintiff effected service of its motion for preliminary injunction on defendants' counsel on August 22, 2005, by hand delivery. Therefore, pursuant to LCvR 65.1(c) and Fed. R. Civ. P. 6(a), the due date for defendants' opposition is currently August 29, 2005.

-1-

2.      Plaintiff's counsel and defendants' counsel have conferred about a briefing schedule for the preliminary injunction motion in light of the Court's denial of plaintiff's motion for a temporary restraining order on August 24, 2005.  In this connection, defendants note that the relief requested in plaintiff's motion for a preliminary injunction is broader than the relief requested in plaintiff's motion for a temporary restraining order.

3.      Plaintiff's counsel and defendants' counsel have agreed, subject to the Court's approval, to the following briefing schedule for plaintiff's preliminary injunction motion:

☐      The due date for defendants' opposition shall be September 7, 2005

☐      The due date for plaintiff's reply shall be September 14, 2005

4.       Good cause exists to grant this motion because the proposed schedule will permit briefing on plaintiff's motion for preliminary injunction to be completed in an orderly and efficient manner.  Also, no party will be prejudiced because all parties have consented to the proposed schedule.

Therefore, based on the foregoing and on the entire record herein, defendant respectfully requests that the Court grant this motion and enter the parties' proposed briefing schedule.  A proposed Order is submitted herewith.

Respectfully submitted,

_____

KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

-2-

_____

R. CRAIG LAWRENCE
D.C. Bar No. 171538
Assistant United States Attorney


_____

DANIEL F. VAN HORN
D.C. Bar No. 924092
KATHLEEN M. KONOPKA
Assistant United States Attorneys