### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC., d/b/a Guam Shipyard, ) ) ) ) Plaintiff, ) ) v. ) DONALD H. RUMSFELD, Secretary of Defense, et al., ) ) ) ) Defendants. ) | Civil Action No. 05-1599 (RMU) |

**ORDER**

UPON CONSIDERATION of the consent motion for extension of time for defendants to oppose plaintiff's motion for preliminary injunction in the above-captioned civil action it is, on this _____ day of August, 2005,

ORDERED, that the motion should be, and hereby is, GRANTED; and it is

FURTHER ORDERED, that the due date for defendants' opposition to plaintiff's motion for preliminary injunction shall be September 7, 2005; and it is

FURTHER ORDERED, that the due date for plaintiff's reply memorandum shall be September 14, 2005.

_____
UNITED STATES DISTRICT JUDGE