**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| GUAM INDUSTRIAL SERVICES, INC., ) | |
| d/b/a Guam Shipyard, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1599 (RMU) |
| ) | |
| DONALD H. RUMSFELD, Secretary of ) | |
| Defense, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER**

UPON CONSIDERATION of plaintiff's motion for reconsideration and correction of the Court's August 24, 2005 Memorandum Opinion and Order denying plaintiff's motion for a temporary restraining order, the memoranda submitted by the parties in support in support of and in opposition to the reconsideration motion, applicable legal authorities, and the entire record herein, it is

ORDERED, that plaintiff's motion for reconsideration should be, and hereby is, DENIED; and it is

FURTHER ORDERED, that the Court's previous decision denying plaintiff's motion for a temporary restraining order is hereby CONFIRMED.

IT IS SO ORDERED on this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE