**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| **GUAM INDUSTRIAL SERVICES INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1599 (RMU)** |
| ) | |
| **DONALD H. RUMSFELD, SECRETARY OF** ) | |
| **DEFENSE, <u>et al.,</u>** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>NOTICE OF ATTORNEY APPEARANCE</u>

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant

U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,


____/s/_____
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309