UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>RUMSFELD ET. AL. )<br>)<br>Defendants. )<br>) | Civil Action 05-01599 (RMU) |

DECLARATION OF LCDR TONY V. GILES, USN

1. I, LCDR Tony V. Giles, USN, hereby declare the following in response to Guam Industrial Services, Inc.'s (GIS) suit for temporary restraining order, injunctive relief and declaratory judgment. I am an active duty U.S. naval officer currently assigned as the Fleet Fuels Officer for United States Pacific Fleet, Pearl Harbor, Hawaii. In this position, I am responsible for the planning and movement of petroleum products in the Pacific theater of operations, to include coordination of requirements for Off-shore Petroleum Distribution Systems ("OPDS") vessels, SS PETERSBURG and SS CHESAPEAKE. In this position I am familiar with the operational mission and requirements for both OPDS vessels. The following is my statement in the matter:

2. The SS PETERSBURG is one of two operational OPDS vessels supporting the Operational and Contingency Plans in the Pacific Command ("PACOM") Area of Responsibility. Both OPDS vessels are vital to successful execution of these plans. Due to its role in the Operational and Contingency Plans, it is vital that SS PETERSBURG remain on station and available for duty at all times. In any contingency in my area of

operations, these vessels are expected to quickly provide fuel to designated military units in remote locations that do not have standard port fuel facilities. As a result, any time away from its duty station adversely affects PACOM's ability to execute any of its plans in a contingency or national emergency. In order to support PACOM's operational and contingency plans, it is imperative to conduct and complete all maintenance and repair to OPDS vessels, including the SS PETERSBURG, as quickly as possible so that the vessel can return to its duty station with minimum disruption to the mission.

    I hereby declare, pursuant to 28 U.S.C.A. 1746 under penalty of perjury that the above declaration is true and correct to the best of my knowledge.

*[signature]*

LCDR TONY V. GILES, USN

Dated: August 23, 2005