**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
GUAM INDUSTRIAL SERVICES, INC.,  )
d/b/a Guam Shipyard,                        )
                                              )
    Plaintiff,                         )
                                              )
        v.                     )   Civil Action No. 05-1599 (RMU)
                                              )
DONALD H. RUMSFELD, Secretary of  )
Defense, et al.,                              )
                                              )
    Defendants.                      )
_____ )

**ORDER**

UPON CONSIDERATION of plaintiff's motion for a preliminary injunction in the above-captioned civil action, the memoranda submitted in support of and in opposition to that motion, applicable legal authorities, and the entire record herein, it is,

on this _____ day of _____, 2005,

ORDERED, that the motion should be, and hereby is, DENIED.

                                                                                                         _____
                                                                                                         UNITED STATES DISTRICT JUDGE