**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
GUAM INDUSTRIAL SERVICES, INC.,         )
d/b/a Guam Shipyard,                    )
                                        )
    Plaintiff,                          )
                                        )
        v.                       )   Civil Action No. 05-1599 (RMU)
                                        )
DONALD H. RUMSFELD, Secretary of        )
Defense, et al.,                        )
                                        )
    Defendants.                         )
_____  )

**ORDER**

UPON CONSIDERATION of defendants' motion to dismiss or, in the alternative, for summary judgment in the above-captioned civil action, the memoranda submitted in support of and in opposition to the motion, applicable legal authorities, and the entire record herein, it is

ORDERED, that the motion should be, and hereby is GRANTED; and it is

FURTHER ORDERED, that plaintiff's complaint should be, and hereby is, DISMISSED from the dockets of this Court, with prejudice.

IT IS SO ORDERED on this _____ day of _____, 2005.

THIS IS A FINAL, APPEALABLE ORDER.

_____
UNITED STATES DISTRICT JUDGE