UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

GUAM INDUSTRIAL SERVICES, INC.,

        Plaintiff,                         Civil Action No. 05-1599 (RMU)

v.

DONALD H. RUMSFELD, et. al.,

        Defendants

---

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Guam Industrial Services, Inc., dba Guam Shipyard, by undersigned counsel, respectfully moves this Court for an order extending the time within which Plaintiff may file its opposition to "Defendants' Motion to Dismiss or for Summary Judgment" from Thursday, September 22 to Monday, September 26.

Plaintiff represents to the Court that counsel for the Defendants has advised undersigned counsel that the Defendants consent to this motion.

                                        Respectfully submitted,

                                        TIGHE PATTON ARMSTRONG TEASDALE

                                By: _____
                                        Thomas Earl Patton (DC 009761)
                                        1747 Pennsylvania Ave. N.W. Suite 300
                                        Washington, D.C. 20006
                                        202 454 2800
                                        202 454 2805 fax
                                        tpatton@tighepatton.com