UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

GUAM INDUSTRIAL SERVICES, INC.,

        Plaintiff,                    Civil Action No. 05-1599 (RMU)

        v.

DONALD H. RUMSFELD, et. al.,

        Defendants

---

**ORDER**

Upon Plaintiff's Motion to extend the time within which to file its opposition to Defendants' Motion to Dismiss or for Summary Judgment, and upon the consent of Defendants thereto,

IT IS ORDERED, that the time within which Plaintiff shall file its opposition to the Defendants' Motion to Dismiss or for Summary Judgment is extended from September 22 to September 26, 2005.

                                                    UNITED STATES DISTRICT JUDGE

Date:_____