UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GUAM INDUSTRIAL SERVICES, INC.,

        Plaintiff,                           Civil Action No. 05-1599 (RMU)

v.

DONALD H. RUMSFELD, et. al.,

        Defendants

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Guam Industrial Services, Inc., dba Guam Shipyard, by undersigned counsel, respectfully moves this Court for an order extending the time within which Plaintiff may file its opposition to "Defendants' Motion to Dismiss or for Summary Judgment" from Thursday, September 22 to Monday, September 26. Pursuant to this Court's Standing Order 5, Plaintiff states as follows:

1. This motion is filed at least 4 business days prior to the deadline the motion is seeking to extend;

2. No previous requests to extend the time have been made;

3. Good cause exists because the motion is a dispositive motion that requires Plaintiff to obtain supporting affidavits from Guam; Plaintiff is simultaneously preparing a reply to Defendants' opposition to a preliminary injunction; and Plaintiff was not informed in advance by Defendants that this motion would be filed in order to work out a briefing schedule.

4. The granting of the motion will have no effect on existing deadlines; there is no current order setting forth a schedule for dispositive motions. For this reason, with apologies to the Court, undersigned counsel filed the initial motion without reciting the requirements of Standing Order 5, which we understood to relate to "time frames set by court order."

5. Plaintiff suggests that its opposition to Defendants' Motion to Dismiss or for Summary Judgment be set at Septenber 26 and that Defendants' Reply be set at October 10 or at any other date requested by Defendants..

6. Plaintiff represents to the Court that counsel for the Defendants has advised undersigned counsel that the Defendants consent to this motion.

Respectfully submitted,

TIGHE PATTON ARMSTRONG TEASDALE

By: _____
Thomas Earl Patton (DC 009761)
1747 Pennsylvania Ave. N.W. Suite 300
Washington, D.C. 20006
202 454 2800
202 454 2805 fax
tpatton@tighepatton.com