UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

GUAM INDUSTRIAL SERVICES, INC.,

    Plaintiff,

    v.                                      Civil Action No. 05-1599 (RMU)

DONALD H. RUMSFELD, et. al.,

    Defendants

---

**ORDER**

Upon the Motion of Defendants to Dismiss of for Summary Judgment, upon the Plaintiff's opposition thereto, and upon all prior proceedings in this action,

IT IS ORDERED that the motions are denied.

                                                            UNITED STATES DISTRICT JUDGE

DATED:_____