IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC., d/b/a Guam Shipyard, <br><br> Plaintiff, <br><br> vs. <br><br> DONALD H. RUMSFELD, Secretary of Defense, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 05-1599 (RMU) |

**PLAINTIFF'S STATEMENT OF FACTS AS TO WHICH THERE EXIST GENUINE MATERIAL ISSUES**

Plaintiff Guam Industrial Services, Inc., d/b/a Guam Shipyard ("GIS" or "Guam Shipyard"), by its undersigned attorneys and pursuant to LCvR 7(h), hereby respectfully submits the following statement of material facts as to which plaintiff contends there exist genuine issues necessary to be litigated.

1. 10 U.S.C. § 7310(a) provides as follows:

    **Vessels with homeport in the United States.** -- A naval vessel (or any other vessel under the jurisdiction of the Secretary of the Navy) the homeport of which is in the United States may not be overhauled, repaired, or maintained in a shipyard outside the United States or Guam, other than in the case of voyage repairs.

2. Defendants have and continue to solicit bids from and/or award contracts to foreign shipyards in connection with non-voyage repairs of United States Ready Reserve Force ("RRF") vessels that are homeported in the United States.

3. The RRF is a select group of ships within the National Defense Reserve Fleet, which are maintained by the Department of Transportation's ("DOT") Maritime Administration ("MARAD") and funded from the Navy-controlled National Defense Sealift Fund. *See* Declaration of William H. Cahill, dated 6 September 2005 ("Cahill Decl."), ¶ 4 at p. 2. *See also*

Declaration of Mathews Pothen, dated 16 August 2005 ("Pothen Decl.") [copy attached as Exhibit 1], ¶ 4 at pp. 3-4; Naval Vessel Register, publicly available at www.nvr.navy.mil/stat_12.htm [copy attached as Exhibit 2].

    4.    RRF vessels are under the jurisdiction and operational control of the Secretary of the Navy.

    5.    Certain vessels that are part of the RRF are also currently activated for duty with the United States Navy's Military Sealift Command Prepositioning Program ("MSC Prepositioning Program"), a program funded and administered by the Navy and under the direction of the MSC. MSC is a military command within the Department of Navy and subject to the authority of the head of the Department, the Secretary of the Navy. *See* Pothen Decl., ¶ 4 at pp. 3-4; and *see Inventory of Ships in the MSC Prepositioning Program*, publicly available on the MSC website at www.msc.navy.mil/inventory [copy attached as Exhibit 3].

    6.    MSC vessels are under the jurisdiction and operational control of the Secretary of the Navy.

    7.    The Department of Defense ("DoD") and MARAD, on behalf of DOT, entered into a formal interagency agreement reflecting their joint understanding of the Congressional intent of Section 7310(a). *See Memorandum of Agreement between Department of Defense and Department of Transportation* ("MOA"), dated 28 August 1997.

    8.    Paragraph 5(b) of the MOA provides as follows:

> All shipyard and ship repair facility work to RRF ships will be accomplished by MARAD (either directly or through its ship operating companies) and performed in the United States (except for necessary voyage repairs while overseas), in accordance with the statute and DOT regulations (emphasis added).

    9.    An after-the-fact internal agency instruction with respect to Section 7310(a) was issued in February 2000. *See* Commander Military Sealift Command Instruction 4700.15A,

*Accomplishing Ship Repair in Foreign Ship Yards*, dated 2 February 2000 ("COMSCINST 4700.15A").

10. The contents of the 1997 MOA provide a broader and clearer interagency expression of intent with respect to Section 7310(a) than do those of the 2000 COMSCINST 4700.15A.

Respectfully submitted,

By: /s/Thomas Earl Patton
Thomas Earl Patton (D.C. No. 009761)
John B. Montgomery (D.C. No. 460221)
David Taylor (D.C. No. 91280)
*Attorneys for Plaintiff*
TIGHE PATTON ARMSTRONG
TEASDALE, PLLC
1747 Pennsuylvania Ave. N.W. Suite 300
Washington, D.C. 20006-4604
Tel. (202) 454 2800
Fax (202) 454- 2805

OF COUNSEL:

ARMSTRONG TEASDALE LLP
Edwin L. Noel (Mo. No. 24184)
F. Scott Galt (Mo. No. 56548)
One Metropolitan Square, Suite 2600
St. Louis, MO. 63102-2740
TEL: (314) 621-5070
FAX: (314) 621- 5065

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ____ day of September, 2005, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and/or was mailed by United States Postal Service to the non-participants in Electronic Case Filing.

/s/Thomas Earl Patton
