IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC., d/b/a Guam Shipyard, <br><br>  Plaintiff, <br><br> v. <br><br> DONALD H. RUMSFELD, Secretary of Defense, et al, <br><br>  Defendants. | Civil Action No. 05-15599(RMU) |

## DECLARATION OF JAMES T. WHITE III

1.      I, James T. White III, hereby declare the following in response to Guam Industrial Services, Inc.'s (GIS) suit for injunctive relief and declaratory judgment.

2.      Since 1975 I have been employed by the Military Sealift Command (MSC), United States Department of the Navy. From June 1991 through July 2005, I was the Budget Director. Since July 2005, I serve as Special Assistant to the Comptroller. In these positions I have been involved in, and have personal knowledge of the budgeting, financing and accounting aspects of the National Defense Sealift Fund (NDSF), and MSC operations and missions, including the operation and maintenance of the Department of Transportation's Ready Reserve Force fleet (RRF) vessels.

3.      The NDSF was established for financing, accounting and reporting obligations for statutorily defined activities for national defense sealift vessels (Department of Defense (DoD), NDRF/RRF vessels) and other purposes. Under the authority of 10 U.S.C. 2218, as amended, NDSF is a DoD fund. DoD Directive 5158.4, United States Transportation Command, (Jan. 8, 1993), delegates and assigns to the Comptroller of the Department of Defense (USD(C)) the authority and duties of the Secretary of Defense associated with the administration of the NDSF under 10 U.S.C. §2218, as amended. The USD(C) is responsible for the overall financial, policy and budget guidance applicable to NDSF operations. The Secretary of the Navy is designated as the Executive Agent, on behalf of

DoD, responsible for formulation and coordination of policy and procedures for the financial operations of the NDSF, as well as preparation of programmatic and budget submissions, to include funding for NDRF/RRF vessels. Appropriations for the NDSF are separately stated from Navy appropriations in DoD Appropriations Acts.

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Executed on the 6TH day of October 2005.

JAMES T. WHITE, III
Special Assistant to Comptroller, MSC