IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC., d/b/a Guam Shipyard, <br><br> Plaintiff, <br><br> v. <br><br> DONALD H. RUMSFELD, Secretary of Defense, et al, <br><br> Defendants. | Civil Action NO. 05-15599(RMU) |

## DECLARATION OF MICHAEL F. NEUHARDT

1. I, Michael F. Neuhardt, hereby declare the following in response to Guam Industrial Services, Inc.'s (GIS) suit for injunctive relief and declaratory judgment.

2. Since 1985, I have been employed by the Military Sealift Command (MSC), United States Department of the Navy (Navy). From February 1995 through July 2005, I served as the Maritime Prepositioning Ships Project Officer. Since July 2005, I serve as the Acting Program Manager for the Prepositioning Program.

3. MSC operates 36 ships in its Prepositioning Program. These ships are pre-loaded with military equipment and supplies needed for war or other contingency. The ships are strategically positioned in key overseas locations, making it possible to deploy on short-notice the vital equipment, fuel, and supplies to initially support our military forces when ever needed.

4.  The vessels that comprise the Prepositioning Program fleet are as follows:

   a. GOVERNMENT-LEASED, PRIVATELY-OWNED VESSELS designated either "MV" (motor vessels with diesel main propulsion) or "SS" (steamships with steam main propulsion):

* PFC JAMES ANDERSON JR., MV
* PFC WILLIAM B. BAUGH, MV
* CAPT STEVEN L. BENNETT, MV
* 2ND LT JOHN P. BOBO, MV
* 1ST LT ALEX BONNYMAN, MV
* SGT WILLIAM R. BUTTON, MV
* SSG EDWARD A. CARTER, JR., MV
* TSGT JOHN A. CHAPMAN, MV
* MAJ BERNARD F FISHER, MV
* CPL LOUIS J. HAUGE JR., MV
* WESTPAC EXPRESS, MV

* SGT MATEJ KOCAK, SS
* 1ST LT BALDOMERO LOPEZ, MV
* 1ST LT JACK LUMMUS, MV
* PFC EUGENE A. OBREGON, SS
* LTC JOHN U. D. PAGE, MV
* PVT FRANKLIN J. PHILLIPS, MV
* A1C WILLIAM H PITSENBARGER MV
* MAJ STEPHEN W. PLESS, SS
* PFC DEWAYNE T. WILLIAMS, MV

   b. GOVERNMENT (DEPARTMENT OF DEFENSE)-OWNED VESSELS designated USNS (United States Naval Ships)

* 1ST LT HARRY L. MARTIN, USNS
* GYSGT FRED W. STOCKHAM, USNS
* WATKINS, USNS
* POMEROY, USNS
* RED CLOUD, USNS
* SISLER, USNS
* SODERMAN, USNS
* WATSON, USNS
* LCPL ROY M. WHEAT, USNS
* CHARLTON, USNS
* DAHL, USNS

   c. GOVERNMENT (DEPARTMENT OF TRANSPORTATION)-OWNED VESSELS. These five vessels are part of the Department of Transportation's Ready Reserve Force (RRF), but are currently under MSC's operational (tactical) control.

* WRIGHT, SS -- RRF dedicated to US Marine Corps (USMC) aviation logistics support.
* PETERSBURG, SS -- RRF currently activated for duty with the Prepositioning Program
* CAPE JACOB, SS -- RRF currently activated for duty with the Prepositioning Program.
* CHESAPEAKE, SS -- RRF currently activated for duty with the Prepositioning Program.
* CURTISS, SS -- RRF dedicated to USMC aviation logistics support.

5. MSC's prepositioning ships are a Department of the Navy program--not "an activated part of the [Ready Reserve Force]." As stated above, certain RRF vessels participate in and comprise only a small percentage of the vessels in the Prepositioning Program fleet. There are currently 36 ships in MSC's Prepositioning Program, of which only 5 are RRF vessels. Twenty are privately owned vessels under time charter to MSC, and 11 are US Naval Vessels (USNS - DoD owned, contractor operated public vessels).

6. MSC is responsible for operation, maintenance and repair of the 11 USNS vessels. The Department of Transportation is responsible for operation (crewing and provisioning), maintenance and repair of the RRF fleet, including those vessels which are part of the Prepositioning Program, and the private vessel owners are responsible for operation, maintenance and repair of their respective ships.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6 October 2005

MICHAEL F. NEUHARDT