

**DEPARTMENT OF THE NAVY**
OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20350-1000

SECNAVINST 5430.11E
N42
26 May 1994

<u>SECNAV INSTRUCTION 5430.11E</u>

From:   Secretary of the Navy

Subj:   PRESCRIBING CHANNELS OF RESPONSIBILITY FOR MILITARY SEALIFT COMMAND

Ref:    (a) DOD Directive 5158.4 of 8 Jan 93 (NOTAL)
        (b) DFARS 202.101 (NOTAL)
        (c) DOD Directive 7410.4 of 1 Jul 88 (NOTAL)

1. <u>Purpose</u>. To prescribe the continuation of the Military Sealift Command (MSC) as a major component of the Operating Forces of the United States Navy and those channels through which the Commander, Military Sealift Command (COMSC) shall be responsible to the Secretary of the Navy (SECNAV) and the Chief of Naval Operations (CNO). The instruction has been substantially revised and it should be reviewed in its entirety.

2. <u>Cancellation</u>. SECNAVINST 5430.11D.

3. <u>Background</u>. By reference (a), Secretary of Defense (SECDEF) expanded the missions of the Commander in Chief of the United States Transportation Command (CINCTRANS) to provide air, land and sea transportation for the Department of Defense (DOD), in both time of peace and time of war, and designated CINCTRANS as the DOD single manager for transportation, other than for Service-unique or theater-assigned transportation assets. Further, reference (a) directs the assignment of MSC under CINCTRANS combatant command as the Transportation Component Commander (TCC) for common-user sea transportation in both peace and war and the assignment of transportation assets to CINCTRANS except for those which are Service-unique or theater-assigned. In executing this mission, MSC as a Navy Head of Contracting Activity, is responsible to the Assistant Secretary of the Navy (Research, Development and Acquisition) (ASN (RD&A)) for procurement policy and oversight. Further, MSC, as a TCC, supports CINCTRANS responsibility for formulating transportation acquisition policy.

4. <u>Responsibilities</u>

   a. The CNO shall serve as resource sponsor for Navy-unique sealift assets and support SECNAV's responsibility for training, organizing and equipping sealift forces. As MSC's administrative superior CNO will ensure that MSC is utilizing its resources in the most effective manner while performing its missions.


0579LD0572140

SECNAVINST 5430.11E
26 MAY 1994

    b.  COMSC, as part of the operating forces of the Navy, shall have the following responsibilities:

       (1) Under the CNO, shall be responsible for organizing, training and equipping assigned Service-unique forces, and as directed by reference (a), forces for assignment to CINCTRANS. To carry out these responsibilities, COMSC is designated as the type commander for all Navy-unique fleet support, special mission, afloat prepositioned, and common-user assets, as well as all other assets assigned to the Navy by other government agencies, as authorized.  These responsibilities include:

         (a) Providing, either through civil service personnel or contractors, all necessary support services for such assigned ships, including crews, maintenance, repair, alteration and husbanding.

         (b) Exercising operational control of assigned forces until operational control is passed to another commander.

         (c) Acting as principal advisor to fleet commanders for all matters related to sealift.

         (d) Planning and providing type and operational training, and logistic support to sealift ships.

         (e) Effecting liaison with the other Services and theater Commanders in Chief for operational matters involving the Service-unique assets of the respective Services which they have chosen to assign to the Department of the Navy for management.

       (2) As directed by reference (a), MSC and its assigned common-user transportation assets are under the combatant command and operational management of CINCTRANS for the purpose of providing common-user DOD sea transportation services.

    c.  ASN (RD&A) shall:

       (1) Establish procurement policy respecting MSC as a Navy Head of Contracting Activity as designated by reference (b).

       (2) Provide such authorities as are necessary for MSC to procure such supplies, services, and capabilities as are necessary to support Navy or CINCTRANS requirements.

    d.  The Assistant Secretary of the Navy (Financial Management) shall exercise policy supervision with respect to fiscal reporting as well as statistical, analytical, accounting,

SECNAVINST 5430.11E
26 MAY 1994

and budgeting procedures consistent with reference (c) as incorporated in NAVCOMPT Manual, Volume 3, Appendix B, and other appropriate directives including those associated with administration of the National Defense Sealift Fund.

John H. Dalton
Secretary of the Navy

Distribution:
SNDL A      (Navy Department) (less A6)
     41A    (Commander, Military Sealift Command)
     FKA1   (Systems Commands)

Copy to:
SNDL A6     (Headquarters U.S. Marine Corps)
     B2     (Defense Agencies) (JCS and DFAS Cleveland, only)
     B4     (Military Air Traffic Coordinating Office)
     21A    (Fleet Commanders in Chief)
     22A    (Fleet Commanders)
     23     (Force Commanders)
     24     (Type Commanders)
     27     (Administrative Commands and Units)
     40     (Shipping and Transportation)
     41     (Military Sealift Commands) (less 41A)
     50A    (Unified Commands) (U.S. Transportation Command, only)
     C25A   (OPNAV Support Activity Detachment) (Ft. Ritchie, only)
     FF1    (Naval District Washington, DC)
     FF2    (OPNAV Support Activity)
CNO N42 (5 copies)

SECNAV/OPNAV Directive Control Office
Washington Navy Yard, Bldg 200
901 M Street SE
Washington DC  20374-5074 (25 copies)


STOCKED:
Naval Aviation Supply Office
ASO Code 103
5801 Tabor Avenue
Philadelphia PA  19120-5099 (25 copies)

3