IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC., d/b/a Guam Shipyard, <br><br> Plaintiff, <br><br> v. <br><br> DONALD H. RUMSFELD, Secretary of Defense, et al, <br><br> Defendants. | Civil Action No. 05-15599(RMU) |

DECLARATION OF CAPT JOSEPH L. SPRUILL, SR, SC, USN

1.  I, Joseph L. Spruill, Sr., CAPT, SC, USN, hereby declare the following based upon my personal knowledge:

2.  I currently serve as the Chief of Staff to the Deputy Assistant Secretary of the Navy (Logistics) ("DASN (L)") under the Assistant Secretary of the Navy (Research, Development and Acquisition). ("ASN (RD&A)"). Pursuant to 41 U.S.C. 414(c)(1), the Secretary of the Navy has designated ASN (RD&A) as the Department's Senior Procurement Executive responsible for management direction of the procurement system of the Department of Navy ("Navy"), including implementation of the unique procurement policies, regulations, and standards of the Navy. In that capacity ASN (RD&A) also has responsibility for ensuring Navy compliance with statutes and regulations affecting Navy acquisition, and ASN (RD&A) is responsible for establishing Navy contracting policies and procedures. Within the ASN (RD&A) organization, DASN (L) is responsible for in-service support of ships and aircraft, including ship repair.

3.  Military Sealift Command ("MSC") is designated as a Contracting Activity (48 CFR Part 202.101), and Commander, Military Sealift Command ("COMSC") is designated as a Head of Contracting Activity ("HCA") (see, 48 CFR Part 2). Secretary of the Navy ("SECNAV") Instruction 5430.11E (26 May 1994), prescribes channels of responsibility for MSC, including those channels through which the COMSC reports to the SECNAV and to the Chief of Naval Operations. In accordance with this SECNAV

Instruction 5430.11E, COMSC, as a HCA, reports to ASN (RD&A) for establishment and oversight of procurement policies to carry out MSC's mission.

4.   One of the procurement statutes affecting Navy contracting is 10 U.S.C. 7310(a) regarding ship repair in foreign shipyards. Implementation of this statute, as it applies to MSC, is set forth in COMSC Instruction 4700.15A, "Accomplishing Ship Repair In Foreign Shipyards", dated 2 February 2000 . As a matter related to procurement, COMSC Instruction 4700.15A comes within the jurisdiction and authorities of ASN (RD&A), and in particular DASN (L). I can confirm that, under the authorities identified above, COMSC Instruction 4700.15A represents the Navy's official policy concerning repair of vessels in foreign shipyards under 10 U.S.C. 7310(a), including the determination of those vessels that are under the jurisdiction of the Secretary of the Navy.

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Executed on the __7th__ day of October 2005.

JOSEPH L. SPRUILL, SR., CAPT, SC, USN.
Chief of Staff, Office of the Deputy Assistant
Secretary of the Navy (Logistics)