UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

GUAM INDUSTRIAL SERVICES, INC.,

        Plaintiff,                      No. 05- Civ. 01599 (RMU)

        v.

DONALD H. RUMSFELD, et. al.,

        Defendants

---

**ORDER**

Upon Plaintiff's Consent Motion for a Status Conference, and good cause appearing therefor:

    IT IS ORDERED, that the motion is granted and that a status conference shall be conducted on _____ at _____ \_m.

_____
UNITED STATES DISTRICT JUDGE

Date:_____