UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| GUAM INDUSTRIAL SERVICES, INC., | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1599 (RMU) |
| | : | | |
| v. | : | Document No.: | 18 |
| | : | | |
| DONALD H. RUMSFELD, | : | | |
| Secretary of Defense *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING IN PART AND DEFERRING RULING IN PART
### THE DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 19th day of December, 2005,

**ORDERED** that the defendants' motion to dismiss is **GRANTED in part**, and it is

**FURTHER ORDERED** that the court **DEFERS RULING in part** on the defendants' motion to dismiss, and it is

**ORDERED** the parties, within 30 days of this order, submit supplemental briefing with regard to the enforceability of the DoD and DOT's Memorandum of Agreement and the Ship Manager Contract as set forth in footnote 3 of the court's Memorandum Opinion.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge