UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| GUAM INDUSTRIAL SERVICES, INC., | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1599 (RMU) |
| | : | | |
| v. | : | Document No.: | 18 |
| | : | | |
| DONALD H. RUMSFELD, | : | | |
| Secretary of Defense *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

**GRANTING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 24th day of July, 2006,

**ORDERED** that the defendants' motion for summary judgment as to the plaintiff's claims under the claims under the Ship Manager Contract and the Memorandum of Agreement is **GRANTED**, and it is

**FURTHER ORDERED** that the defendants' motion for summary judgment as to the plaintiff's claims challenging the defendants' bid proposal and contract procurement policies is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge