UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUAM INDUSTRIAL SERVICES, INC.,        )
                                        )
                    *Plaintiff*,        )
                                        )
        v.                              )        Civil Action No. 05-1599 (RMU)
                                        )
DONALD H. RUMSFELD, et. al.,            )
                                        )
                    *Defendants*.       )

**Order Directing Entry
of Judgment on a Separate Document**

Upon consideration of the plaintiff's unopposed motion for entry of judgment on

a separate document pursuant to Fed. R. Civ. P. 58(a)(1) & 58(d), it is this ____ day of

_____, 2006,

ORDERED that the motion be and hereby is granted; and it is further

ORDERED that the Clerk of the Court promptly prepare, sign, and enter

judgment in this action in favor of the defendants.


_____
RICARDO M. URBINA
United States District Judge

Copies to:

Thomas Earl Patton, Esq.
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006
tpatton@tighepatton.com

Daniel Franklin Van Horn, Esq.
Kathleen M. Konopka, Esq.
United States Attorney's Office

Civil Division, Room E-4816
555 Fourth Street, N.W.
Washington, D.C. 20530
daniel.vanhorn@usdoj.gov
kathleen.konopka3@usdoj.gov