**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GUAM INDUSTRIAL SERVICES, INC.,      :
                                     :
                 Plaintiff,          :        Civil Action No.:      05-1599 (RMU)
                                     :
          v.                         :
                                     :
DONALD H. RUMSFELD,                  :
      Secretary of Defense, *et al*., :
                                     :
                 Defendants.         :

## ORDER

### DIRECTING ENTRY OF FINAL JUDGEMENT

Upon consideration of the plaintiff's unopposed motion for entry of judgment on

a separate document pursuant to Fed. R. Civ. P. 58(a)(1) & 58(d), it is this 25th day of

September, 2006, hereby

**ORDERED** that the motion is **GRANTED**, and it is

**FURTHER ORDERED** that the Clerk of the Court enter judgment in this action in favor

of the defendants.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge