UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUAM INDUSTRIAL SERVICES, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 05-1599 (RMU) |
| DONALD H. RUMSFELD, et. al., | ) |
| *Defendants*. | ) |

**Notice of Appeal**

PLEASE TAKE NOTICE that plaintiff Guam Industrial Services, Inc. hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered in this case on July 24, 2006, including but not limited to (a) the order entered on August 24, 2005 denying the plaintiff's motion for a temporary restraining order (Doc. No. 9), (b) the order entered on September 30, 2005 denying the plaintiff's motion for reconsideration (Doc. No. 28), (c) the order entered on December 19, 2005 granting the defendants' motion to dismiss in part (Doc. No. 31) and (d) the order entered on July 24, 2006 granting the defendants' motion for summary judgment as to the remaining claims in the case (Doc. No. 35).

RECEIVED
SEP 21 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was served on the following by email and first-class mail this 21st day of September, 2006:

Daniel Franklin Van Horn, Esq.
Kathleen M. Konopka, Esq.
United States Attorney's Office
Civil Division, Room E-4816
555 Fourth Street, N.W.
Washington, D.C. 20530
daniel.vanhorn@usdoj.gov
kathleen.konopka3@usdoj.gov

Thomas Earl Patton

Respectfully submitted,

_____
Thomas Earl Patton, No. 009761
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006
Phone: (202) 454-2840
Fax: (202) 454-2805
tpatton@tighepatton.com
*Attorney for Plaintiff/Appellant*

TO THE CLERK:

Counsel for the defendants, on whom a copy of this notice of appeal should be served, are as follows:

>Daniel Franklin Van Horn, Esq.
>Kathleen M. Konopka, Esq.
>United States Attorney's Office
>Civil Division, Room E-4816
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>daniel.vanhorn@usdoj.gov
>kathleen.konopka3@usdoj.gov