UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUAM INDUSTRIAL SERVICES, INC.  :
:
        Plaintiff.  :
: Civil Action No.:  05-1599 (RMU)
v.  :
:
DONALD H. RUMSFELD, Secretary  :
of Defense, Et Al.  :
:
        Defendants.  :

FILED

SEP 25 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Final Judgment

Upon consideration of the plaintiff's unopposed Motion for Entry of Judgment on a separate document pursuant to Fed. R. Civ. P. 58(a)(1) and 58(d), it is this 25th day of September, 2006, hereby,

**ORDERED** that final judgment is hereby entered in favor of the defendants.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
        Deputy Clerk