# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5291**   **September Term, 2006**
                  05cv01599

Filed On:

Guam Industrial Services, Inc.,
    Appellant

v.

Donald H. Rumsfeld, Secretary of Defense, et al.,
    Appellees

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY:

**BEFORE:** Ginsburg, Chief Judge, and Henderson and Randolph, Circuit Judges

## ORDER

Upon consideration of the suggestion of lack of case or controversy, which includes an unopposed request to dismiss the appeal as moot and vacate the district court's decisions; and the consent motion for leave to file a response to the suggestion of lack of case or controversy, and the lodged response, it is

**ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged response. It is

**FURTHER ORDERED** that the request to dismiss the appeal as moot be granted in light of the enactment of the John Warner National Defense Authorization Act for Fiscal Year 2007, Pub. L. 109-364, § 1014, 120 Stat. 2341 (October 17, 2006). It is

**FURTHER ORDERED** that the district court's orders challenged on appeal be vacated, and the case be remanded to the district court with instructions to dismiss the complaint as moot. See United States v. Munsingwear, Inc., 340 U.S. 36, 40 (1950).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

JAN 26 2007

CLERK

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

By: MaryAnne McMain
Deputy Clerk/LD